

**FILED**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS** JAN 3 2013

U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| **PUBLIC HOUSING AUTHORITIES** | ) |
| **DIRECTORS ASSOCIATION** | ) |
| Washington, DC | ) |
| | ) |
| **NATIONAL ASSOCIATION OF** | ) |
| **HOUSING AND REDEVELOPMENT** | ) |
| **OFFICIALS** | ) |
| Washington, DC | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **CARBON HILL** | ) |
| Carbon Hill, AL | ) |
| | ) |
| **HOUSING AUTHORITY** | ) |
| **OF THE CITY OF DOTHAN** | ) |
| Dothan, AL | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF ENTERPRISE** | ) |
| Enterprise, AL | ) |
| | )  **No.** |
| **OZARK HOUSING COMMUNITY** | ) |
| Ozark, AL | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF PHENIX CITY** | ) |
| Phenix City, AL | ) |
| | ) |
| **MONTGOMERY HOUSING** | ) |
| **AUTHORITY** | ) |
| Montgomery, AL | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF CHICKASAW** | ) |
| Chickasaw, AL | ) |

1

**RUSSELLVILLE HOUSING AUTHORITY**     )
Russellville, AL                                               )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**GREENE COUNTY**                                   )
Eutaw, AL                                                      )
                                                                       )
**ALEXANDER CITY HOUSING**                 )
**AUTHORITY**                                             )
Alexander City, AL                                       )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE CITY OF TUSKEGEE**                        )
Tuskegee, AL                                                 )
                                                                       )
**HOUSING AUTHORITY OF WINFIELD**      )
Winfield, AL                                                   )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE CITY OF NORTH LITTLE ROCK**      )
North Little Rock, AR                                    )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE COUNTY OF SANTA BARBARA**       )
Lompoc, CA                                                   )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE COUNTY OF BUTTE**                         )
Chico, CA                                                      )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE CITY OF FRESNO**                             )
Fresno, CA                                                    )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE COUNTY OF FRESNO**                      )
Fresno, CA                                                    )
                                                                       )
**HOUSING AUTHORITY OF**                       )
**THE CITY OF MADERA**                           )

2

Madera, CA                                          )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE COUNTY OF STANISLAUS**                        )
Modesto, CA                                         )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE CITY OF SOUTH SAN FRANCISCO**                 )
South San Francisco, CA                             )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE COUNTY OF KINGS**                             )
Hanford, CA                                         )
                                                    )
**PLUMAS COUNTY COMMUNITY**                         )
**DEVELOPMENT COMMISSION AND**                      )
**HOUSING AUTHORITY**                               )
Quincy, CA                                          )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE CITY OF SAN LUIS OBISPO**                     )
San Luis Obispo, CA                                 )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE COUNTY OF MERCED**                            )
Merced, CA                                          )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE CITY OF UPLAND**                              )
Upland, CA                                          )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE CITY OF DELTA**                               )
Delta, CO                                           )
                                                    )
**CONEJOS COUNTY**                                  )
**HOUSING AUTHORITY**                               )
La Jara, CO                                         )
                                                    )
**STRATFORD HOUSING AUTHORITY**                     )

Stratford, CT                                        )
 )

**MIDDLETOWN HOUSING AUTHORITY** )
Middletown, CT )
 )

**HOUSING AUTHORITY OF**
**THE CITY OF WILLIMANTIC** )
Willimantic, CT )
 )

**HOUSING AUTHORITY OF**
**THE TOWN OF GLASTONBURY** )
Glastonbury, CT )
 )

**MILFORD REDEVELOPMENT AND**
**HOUSING PARTNERSHIP** )
Milford, CT )
 )

**HOUSING AUTHORITY OF**
**THE CITY OF NEW BRITAIN** )
New Britain, CT )
 )

**NEWARK HOUSING AUTHORITY** )
Newark, DE )
 )

**PALATKA HOUSING AUTHORITY** )
Palatka, FL )
 )

**HOUSING AUTHORITY OF**
**THE CITY OF FORT PIERCE** )
Fort Pierce, FL )
 )

**BROWARD COUNTY HOUSING**
**AUTHORITY** )
Lauderdale Lakes, FL )
 )

**SARASOTA HOUSING AUTHORITY** )
Sarasota, FL )
 )

**DEERFIELD BEACH HOUSING**
**AUTHORITY** )

Deerfield Beach, FL                              )
                                                 )
**CLEARWATER HOUSING AUTHORITY**                 )
Clearwater, FL                                   )
                                                 )
**ORLANDO HOUSING AUTHORITY**                    )
Orlando, FL                                      )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF NEW SMYRNA BEACH**                 )
New Smyrna Beach, FL                             )
                                                 )
**BOCA RATON HOUSING AUTHORITY**                 )
Boca Raton, FL                                   )
                                                 )
**AREA HOUSING COMMISSION**                      )
Pensacola, FL                                    )
                                                 )
**HIALEAH HOUSING AUTHORITY**                    )
Hialeah, FL                                      )
                                                 )
**DEFUNIAK SPRINGS HOUSING**                     )
**AUTHORITY**                                    )
DeFuniak Springs, FL                             )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF AMERICUS**                         )
Americus, GA                                     )
                                                 )
**FLINT AREA CONSOLIDATED**                      )
**HOUSING AUTHORITY**                            )
Montezuma, GA                                    )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF AUGUSTA**                          )
Augusta, GA                                      )
                                                 )
**HOUSING AUTHORITY OF**                         )
**DOUGLAS COUNTY**                               )
Douglasville, GA                                 )

|  |  |
|---|---|
| | ) |
| **HOUSING AUTHORITY OF SAVANNAH** | ) |
| Savannah, GA | ) |
| | ) |
| **BRUNSWICK HOUSING AUTHORITY** | ) |
| Brunswick, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF LAWRENCEVILLE** | ) |
| Lawrenceville, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF DECATUR** | ) |
| Decatur, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF DUBLIN** | ) |
| Dublin, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF BARNESVILLE** | ) |
| Barnesville, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF HINESVILLE** | ) |
| Hinesville, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF WARNER ROBINS** | ) |
| Warner Robins, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF TIFTON** | ) |
| Tifton, GA | ) |
| | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF SYLVESTER** | ) |
| Sylvester, GA | ) |
| | ) |
| **WINDER HOUSING AUTHORITY** | ) |

Winder, GA                                              )
                                                        )
**WAYCROSS HOUSING AUTHORITY**                          )
Waycross, GA                                            )
                                                        )
**ETOWAH AREA CONSOLIDATED**                            )
**HOUSING AUTHORITY**                                   )
Cartersville, GA                                        )
                                                        )
**BLACKSHEAR HOUSING AUTHORITY**                        )
Waycross, GA                                            )
                                                        )
**HOUSING AUTHORITY OF COCHRAN**                        )
Cochran, GA                                             )
                                                        )
**HOUSING AUTHORITY OF**                                )
**THE CITY OF EATONTON**                                )
Eatonton, GA                                            )
                                                        )
**HOUSTON COUNTY HOUSING**                              )
**AUTHORITY**                                           )
Warner Robins, GA                                       )
                                                        )
**LAVONIA HOUSING AUTHORITY**                           )
Lavonia, GA                                             )
                                                        )
**HOUSING AUTHORITY OF LITHONIA**                       )
Lithonia, GA                                            )
                                                        )
**ROBERTA HOUSING AUTHORITY**                           )
Roberta, GA                                             )
                                                        )
**WRIGHTSVILLE HOUSING AUTHORITY**                      )
Wrightsville, GA                                        )
                                                        )
**HOUSING AUTHORITY OF**                                )
**THE CITY OF GAINESVILLE**                             )
Gainesville, GA                                         )
                                                        )
**HOUSING AUTHORITY OF**                                )

**THE CITY OF CEDARTOWN**                    )
Cedartown, GA                                )
                                             )
**EAST POINT HOUSING AUTHORITY**             )
East Point, GA                               )
                                             )
**SOUTHWESTERN IDAHO COOPERATIVE**           )
**HOUSING AUTHORITY**                        )
Middleton, ID                                )
                                             )
**HOUSING AUTHORITY OF**                     )
**CHAMPAIGN COUNTY**                         )
Champaign, IL                                )
                                             )
**HOUSING AUTHORITY OF**                     )
**THE COUNTY OF LAKE**                       )
Grayslake, IL                                )
                                             )
**GREATER METROPOLITAN AREA**                )
**HOUSING AUTHORITY OF ROCK ISLAND**         )
**COUNTY**                                   )
Silvis, IL                                   )
                                             )
**HOUSING AUTHORITY OF**                     )
**THE COUNTY OF RICHLAND**                   )
Olney, IL                                    )
                                             )
**MENARD COUNTY HOUSING AUTHORITY**          )
Petersburg, IL                               )
                                             )
**FULTON COUNTY HOUSING AUTHORITY**          )
Canton, IL                                   )
                                             )
**WARREN COUNTY HOUSING**                    )
**AUTHORITY**                                )
Monmouth, IL                                 )
                                             )
**HOUSING AUTHORITY OF**                     )
**MCDONOUGH COUNTY**                         )
Macomb, IL                                   )

)
**HOUSING AUTHORITY OF**                                                )
**THE CITY OF MARION**                                                   )
Marion, IL                                                                         )
)
**LIVINGSTON COUNTY HOUSING**                                   )
**AUTHORITY**                                                                 )
Pontiac, IL                                                                       )
)
**RANDOLPH COUNTY HOUSING**                                    )
**AUTHORITY**                                                                 )
Chester, IL                                                                       )
)
**HOUSING AUTHORITY OF**                                                )
**THE COUNTY OF WAYNE**                                             )
Fairfield, IL                                                                     )
)
**WHITESIDE COUNTY HOUSING**                                    )
**AUTHORITY**                                                                 )
Rock Falls, IL                                                                   )
)
**KNOX COUNTY HOUSING AUTHORITY**                         )
Galesburg, IL                                                                   )
)
**HOUSING AUTHORITY FOR LASALLE**                          )
**COUNTY**                                                                     )
Ottawa, IL                                                                        )
)
**HOUSING AUTHORITY OF**                                                )
**THE COUNTY OF JACKSON**                                          )
Murphysboro, IL                                                              )
)
**HOUSING AUTHORITY OF THE CITY OF**                         )
**MICHIGAN CITY**                                                          )
Michigan City, IN                                                            )
)
**MARION HOUSING AUTHORITY**                                   )
Marion, IN                                                                       )
)
**HOUSING AUTHORITY OF**                                                )

**THE CITY OF MISHAWAKA**           )
Mishawaka, IN                       )
                                    )
**HOUSING AUTHORITY OF**            )
**THE CITY OF NEW ALBANY**          )
New Albany, IN                      )
                                    )
**ANDERSON HOUSING AUTHORITY**      )
Anderson, IN                        )
                                    )
**HOUSING AUTHORITY OF**            )
**THE CITY OF HOLTON**              )
Holton, KS                          )
                                    )
**LOCAL HOUSING AUTHORITY OF**      )
**THE CITY OF NEWTON**              )
Newton, KS                          )
                                    )
**HOUSING AUTHORITY OF**            )
**THE CITY OF ATCHISON**            )
Atchison, KS                        )
                                    )
**HOUSING AUTHORITY OF**            )
**THE CITY OF IOLA**                )
Iola, KS                            )
                                    )
**HOUSING AUTHORITY OF GLASGOW**    )
Glasgow, KY                         )
                                    )
**HOUSING AUTHORITY OF CYNTHIANA**  )
Cynthiana, KY                       )
                                    )
**HOUSING AUTHORITY OF**            )
**CATLETTSBURG**                    )
Catlettsburg, KY                    )
                                    )
**HOUSING AUTHORITY OF**            )
**TODD COUNTY**                     )
Guthrie, KY                         )
                                    )

**HOUSING AUTHORITY OF PIKEVILLE**  )
Pikeville, KY  )
  )
**KENTUCKY HOUSING ASSOCIATION**  )
Barbourville, KY  )
  )
**HOUSING AUTHORITY OF**  )
**BOWLING GREEN**  )
Bowling Green, KY  )
  )
**HOUSING AUTHORITY OF**  )
**LYON COUNTY**  )
Eddyville, KY  )
  )
**MONROE HOUSING AUTHORITY**  )
Monroe, LA  )
  )
**HOUSING AUTHORITY OF**  )
**JEFFERSON PARISH**  )
Marrero, LA  )
  )
**HOUSING AUTHORITY OF**  )
**THE CITY OF SHREVEPORT**  )
Shreveport, LA  )
  )
**SLIDELL HOUSING AUTHORITY**  )
Slidell, LA  )
  )
**WATERVILLE HOUSING AUTHORITY**  )
Waterville, ME  )
  )
**BANGOR HOUSING AUTHORITY**  )
Bangor, ME  )
  )
**AUBURN HOUSING AUTHORITY**  )
Auburn, ME  )
  )
**LEWISTON HOUSING AUTHORITY**  )
Lewiston, ME  )
  )

**SOUTH PORTLAND HOUSING AUTHORITY** )
South Portland, ME                                    )
                                                     )
**HOUSING AUTHORITY OF**                              )
**THE CITY OF HAGERSTOWN**                            )
Hagerstown, MD                                        )
                                                     )
**HOUSING AUTHORITY OF**                              )
**THE CITY OF FREDERICK**                             )
Frederick, MD                                         )
                                                     )
**COLLEGE PARK HOUSING AUTHORITY**                    )
College Park, MD                                      )
                                                     )
**MALDEN HOUSING AUTHORITY**                          )
Malden, MA                                            )
                                                     )
**NORTHAMPTON HOUSING AUTHORITY**                     )
Northampton, MA                                       )
                                                     )
**WAKEFIELD HOUSING AUTHORITY**                       )
Wakefield, MA                                         )
                                                     )
**TEWKSBURY HOUSING AUTHORITY**                       )
Tewksbury, MA                                         )
                                                     )
**DEDHAM HOUSING AUTHORITY**                          )
Dedham, MA                                            )
                                                     )
**NORWOOD HOUSING AUTHORITY**                         )
Norwood, MA                                           )
                                                     )
**HOLYOKE HOUSING AUTHORITY**                         )
Holyoke, MA                                           )
                                                     )
**WOBURN HOUSING AUTHORITY**                          )
Woburn, MA                                            )
                                                     )
**LAWRENCE HOUSING AUTHORITY**                        )
Lawrence, MA                                          )

**CAMBRIDGE HOUSING AUTHORITY**
Cambridge, MA

**TAUNTON HOUSING AUTHORITY**
Taunton, MA

**ISHPEMING HOUSING COMMISSION**
Ishpeming, MI

**BESSEMER HOUSING COMMISSION**
Bessemer, MI

**MONROE HOUSING COMMISSION**
Monroe, MI

**BATTLE CREEK HOUSING COMMISSION**
Battle Creek, MI

**HOUGHTON HOUSING COMMISSION**
Houghton, MI

**BAY CITY HOUSING COMMISSION**
Bay City, MI

**HOUSING AND REDEVELOPMENT
AUTHORITY OF DULUTH**
Duluth MN

**HOUSING AND REDEVELOPMENT
AUTHORITY OF VIRGINIA**
Virginia, MN

**CITY OF HOPKINS HOUSING AND
REDEVELOPMENT AUTHORITY**
Hopkins, MN

**HOUSING AND REDEVELOPMENT
AUTHORITY OF GRAND RAPIDS**
Grand Rapids, MN

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

)
**WADENA HOUSING AND** )
**REDEVELOPMENT AUTHORITY** )
Wadena, MN )
)
**WORTHINGTON HOUSING AND** )
**REDEVELOPMENT AUTHORITY** )
Worthington, MN )
)
**DAKOTA COUNTY COMMUNITY** )
**DEVELOPMENT AGENCY** )
Eagan, MN )
)
**JACKSON HOUSING AND** )
**REDEVELOPMENT AUTHORITY** )
Jackson, MN )
)
**WINDOM HOUSING AND** )
**REDEVELOPMENT AUTHORITY** )
Windom, MN )
)
**MOUNTAIN LAKE HOUSING** )
**AND REDEVELOPMENT AUTHORITY** )
Mountain Lake, MN )
)
**WASHINGTON COUNTY HOUSING AND** )
**REDEVELOPMENT AUTHORITY** )
St. Paul Park, MN )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF BILOXI** )
Biloxi, MS )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF WEST POINT** )
West Point, MS )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF CLARKSDALE** )
Clarksdale, MS )

**TENNESSEE VALLEY REGIONAL**
**HOUSING AUTHORITY**
Corinth, MS

**VICKSBURG HOUSING AUTHORITY**
Vicksburg, MS

**LAUREL HOUSING AUTHORITY**
Laurel, MS

**MISSISSIPPI REGIONAL HOUSING**
**AUTHORITY NO. V**
Newton, MS

**HOUSING AUTHORITY OF**
**THE CITY OF WATER VALLEY**
Water Valley, MS

**YAZOO CITY HOUSING AUTHORITY**
Yazoo City, MS

**HATTIESBURG HOUSING AUTHORITY**
Hattiesburg, MS

**WINONA HOUSING AUTHORITY**
Winona, MS

**NATCHEZ HOUSING AUTHORITY**
Natchez, MS

**HOUSING AUTHORITY OF**
**THE CITY OF IUKA**
Iuka, MS

**HOUSING AUTHORITY OF**
**THE CITY OF VANDALIA**
Vandalia, MO

**HOUSING AUTHORITY OF**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**THE CITY OF JOPLIN**                          )
Joplin, MO                                       )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF CHARLESTON**                       )
Charleston, MO                                   )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF ANACONDA**                         )
Anaconda, MT                                     )
                                                 )
**RICHLAND COUNTY HOUSING**                      )
**AUTHORITY**                                    )
Sidney, MT                                       )
                                                 )
**GREAT FALLS HOUSING AUTHORITY**               )
Great Falls, MT                                  )
                                                 )
**HOUSING AUTHORITY OF BILLINGS**               )
Billings, MT                                     )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE COUNTY OF SCOTTS BLUFF**                   )
Gering, NE                                       )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF LEXINGTON**                        )
Lexington, NE                                    )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF FREMONT**                          )
Fremont, NE                                      )
                                                 )
**HOUSING AUTHORITY OF**                         )
**THE CITY OF YORK**                             )
York, NE                                         )
                                                 )
**FAIRMONT HOUSING AUTHORITY**                  )
Fairmont, NE                                     )
                                                 )

**STROMSBURG HOUSING AUTHORITY**                    )
Stromsburg, NE                                      )
                                                    )
**ALLIANCE HOUSING AUTHORITY**                      )
Alliance, NE                                        )
                                                    )
**MCCOOK HOUSING AGENCY**                           )
McCook, NE                                          )
                                                    )
**CHAPPELL HOUSING AUTHORITY**                      )
Chappell, NE                                        )
                                                    )
**AINSWORTH HOUSING AUTHORITY**                     )
Ainsworth, NE                                       )
                                                    )
**ANSLEY HOUSING AUTHORITY**                        )
Ansley, NE                                          )
                                                    )
**AURORA HOUSING AUTHORITY**                        )
Aurora, NE                                          )
                                                    )
**BASSETT HOUSING AUTHORITY**                       )
Bassett, NE                                         )
                                                    )
**BEEMER HOUSING AUTHORITY**                        )
Beemer, NE                                          )
                                                    )
**BLUE HILL HOUSING AUTHORITY**                     )
Blue Hill, NE                                       )
                                                    )
**COLUMBUS HOUSING AUTHORITY**                      )
Columbus, NE                                        )
                                                    )
**HOUSING AUTHORITY OF**                            )
**THE CITY OF COZAD**                               )
Cozad, NE                                           )
                                                    )
**DAVID CITY HOUSING AUTHORITY**                    )
David City, NE                                      )
                                                    )

**FAIRBURY HOUSING AUTHORITY**                )
Fairbury, NE                                                     )
                                                                        )
**FALLS CITY HOUSING AUTHORITY**            )
Falls City, NE                                                   )
                                                                        )
**FRIEND HOUSING AUTHORITY**                  )
Friend, NE                                                       )
                                                                        )
**GOTHENBURG HOUSING AUTHORITY**       )
Gothenburg, NE                                                )
                                                                        )
**HAY SPRINGS HOUSING AUTHORITY**       )
Hay Springs, NE                                               )
                                                                        )
**HUMBOLDT HOUSING AUTHORITY**          )
Humboldt, NE                                                   )
                                                                        )
**HOUSING AUTHORITY OF**                          )
**THE CITY OF NORTH PLATTE**                   )
North Platte, NE                                               )
                                                                        )
**ORD HOUSING AUTHORITY**                       )
Ord, NE                                                             )
                                                                        )
**PAWNEE CITY HOUSING AUTHORITY**      )
Pawnee City, NE                                               )
                                                                        )
**RED CLOUD HOUSING AUTHORITY**          )
Red Cloud, NE                                                  )
                                                                        )
**STANTON HOUSING AUTHORITY**             )
Stanton, NE                                                      )
                                                                        )
**SUTHERLAND HOUSING AUTHORITY**       )
Sutherland, NE                                                 )
                                                                        )
**WILBER HOUSING AUTHORITY**                 )
Wilber, NE                                                        )
                                                                        )

**HOUSING AUTHORITY OF**　　　　　　　　)
**THE CITY OF RENO**　　　　　　　　　　)
Reno, NV　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**DOVER HOUSING AUTHORITY**　　　　　)
Dover, NH　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**THE TOWN OF SALEM**　　　　　　　　　)
Salem, NH　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**LEBANON HOUSING AUTHORITY**　　　)
West Lebanon, NH　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**THE BOROUGH OF MADISON**　　　　　　)
Madison, NJ　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**THE CITY OF ELIZABETH**　　　　　　　)
Elizabeth, NJ　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**THE BOROUGH OF BELMAR**　　　　　　)
Belmar, NJ　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**THE TOWNSHIP OF NEPTUNE**　　　　　)
Neptune, NJ　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**RAHWAY HOUSING AUTHORITY**　　　)
Rahway, NJ　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**GLOUCESTER COUNTY**　　　　　　　　　)
Deptford, NJ　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
**HOUSING AUTHORITY OF**　　　　　　　　)
**THE CITY OF BAYONNE**　　　　　　　　)
Bayonne, NJ　　　　　　　　　　　　　)

**HOUSING AUTHORITY OF**
**THE CITY OF BEVERLY**
Beverly, NJ

**HOUSING AUTHORITY OF**
**THE TOWNSHIP OF FLORENCE**
Florence, NJ

**HOUSING AUTHORITY OF**
**THE CITY OF PERTH AMBOY**
Perth Amboy, NJ

**HOUSING AUTHORITY OF**
**THE CITY OF BURLINGTON**
Burlington, NJ

**PLEASANTVILLE HOUSING AUTHORITY**
Pleasantville, NJ

**HOUSING AUTHORITY OF**
**THE CITY OF EAST ORANGE**
East Orange, NJ

**LAKEWOOD HOUSING AUTHORITY**
Lakewood, NJ

**HOUSING AUTHORITY OF**
**THE TOWNSHIP OF BERKELEY**
Bayville, NJ

**SANTA FE CIVIC HOUSING AUTHORITY**
Santa Fe, NM

**ELMIRA HOUSING AUTHORITY**
Elmira, NY

**KINGSTON HOUSING AUTHORITY**
Kingston, NY

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**AUBURN HOUSING AUTHORITY** )
Auburn, NY )
)
**CITY OF LOCKPORT HOUSING** )
**AUTHORITY** )
Lockport, NY )
)
**WATERVLIET HOUSING AUTHORITY** )
Watervliet, NY )
)
**KENMORE HOUSING AUTHORITY** )
Kenmore, NY )
)
**JAMESTOWN HOUSING AUTHORITY** )
Jamestown, NY )
)
**SARATOGA SPRINGS HOUSING** )
**AUTHORITY** )
Saratoga Springs, NY )
)
**GLOVERSVILLE HOUSING AUTHORITY** )
Gloversville, NY )
)
**NEW YORK STATE PUBLIC HOUSING** )
**AUTHORITIES DIRECTORS ASSOCIATION** )
Kenmore, NY )
)
**WATERTOWN HOUSING AUTHORITY** )
Watertown, NY )
)
**AMSTERDAM HOUSING AUTHORITY** )
Amsterdam, NY )
)
**NIAGARA FALLS HOUSING AUTHORITY** )
Niagara Falls, NY )
)
**ITHACA HOUSING AUTHORITY** )
Ithaca, NY )
)
**ROCHESTER HOUSING AUTHORITY** )

Rochester, NY                                      )
                                                   )
**COHOES HOUSING AUTHORITY**                       )
Cohoes, NY                                         )
                                                   )
**TOWN OF ISLIP HOUSING AUTHORITY**                )
Oakdale, NY                                        )
                                                   )
**CITY OF ONEIDA HOUSING AUTHORITY**               )
Oneida, NY                                         )
                                                   )
**GREENVILLE HOUSING DEVELOPMENT**                 )
**CORPORATION**                                    )
Greenville, NC                                     )
                                                   )
**RALEIGH HOUSING AUTHORITY**                      )
Raleigh, NC                                        )
                                                   )
**WILSON HOUSING AUTHORITY**                       )
Wilson, NC                                         )
                                                   )
**STATESVILLE HOUSING AUTHORITY**                  )
Statesville, NC                                    )
                                                   )
**HOUSING AUTHORITY OF**                           )
**THE CITY OF ROCKY MOUNT**                        )
Rocky Mount, NC                                    )
                                                   )
**WASHINGTON HOUSING AUTHORITY**                   )
Washington, NC                                     )
                                                   )
**MID-EAST REGIONAL HOUSING**                      )
**AUTHORITY**                                      )
Washington, NC                                     )
                                                   )
**EASTERN CAROLINA REGIONAL**                      )
**HOUSING AUTHORITY**                              )
Goldsboro, NC                                      )
                                                   )
**LAURINBURG HOUSING AUTHORITY**                   )

Laurinburg, NC                                )
                                              )
**MAXTON HOUSING AUTHORITY**                  )
Maxton, NC                                    )
                                              )
**SOUTHERN PINES HOUSING AUTHORITY**          )
Southern Pines, NC                            )
                                              )
**HOUSING AUTHORITY OF**                      )
**THE CITY OF WINSTON-SALEM**                 )
Winston-Salem, NC                             )
                                              )
**CITY OF SHELBY,**                           )
**DEPARTMENT OF HOUSING**                     )
Shelby, NC                                    )
                                              )
**REDEVELOPMENT COMMISSION OF**               )
**THE TOWN OF TARBORO**                       )
Tarboro, NC                                   )
                                              )
**FARGO HOUSING AND**                         )
**REDEVELOPMENT AUTHORITY**                   )
Fargo, ND                                     )
                                              )
**COLUMBUS METROPOLITAN HOUSING**             )
**AUTHORITY**                                 )
Columbus, OH                                  )
                                              )
**JEFFERSON METROPOLITAN HOUSING**            )
**AUTHORITY**                                 )
Steubenville, OH                              )
                                              )
**LUCAS METROPOLITAN HOUSING**                )
**AUTHORITY**                                 )
Toledo, OH                                    )
                                              )
**JACKSON METROPOLITAN HOUSING**              )
**AUTHORITY**                                 )
Wellston, OH                                  )
                                              )

**AKRON METROPOLITAN HOUSING
AUTHORITY**
Akron, OH

**TRUMBULL METROPOLITAN HOUSING
AUTHORITY**
Warren, OH

**HOUSING AUTHORITY OF
THE CITY OF STILLWATER**
Stillwater, OK

**OKLAHOMA CITY HOUSING AUTHORITY**
Oklahoma City, OK

**HOUSING AUTHORITY OF
THE CITY OF MUSKOGEE**
Muskogee, OK

**STILWELL HOUSING AUTHORITY**
Muskogee, OK

**HOUSING AUTHORITY OF
THE CITY OF HENRYETTA**
Henryetta, OK

**HOUSING AUTHORITY AND URBAN
RENEWAL AGENCY OF POLK COUNTY**
Dallas, OR

**NORTH BEND CITY HOUSING
AUTHORITY**
North Bend, OR

**COOS-CURRY HOUSING AUTHORITY**
North Bend, OR

**HOUSING AND COMMUNITY SERVICES
AGENCY OF LANE COUNTY**
Eugene, OR

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

|  | ) |
| --- | --- |
| **HOUSING AUTHORITY OF** | ) |
| **THE COUNTY OF BEAVER** | ) |
| Beaver, PA | ) |
|  | ) |
| **MCKEAN COUNTY REDEVELOPMENT** | ) |
| **AND HOUSING AUTHORITY** | ) |
| Smethport, PA | ) |
|  | ) |
| **SCRANTON HOUSING AUTHORITY** | ) |
| Scranton, PA | ) |
|  | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF SHAMOKIN** | ) |
| Shamokin, PA | ) |
|  | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE CITY OF ALLENTOWN** | ) |
| Allentown, PA | ) |
|  | ) |
| **BUCKS COUNTY HOUSING AUTHORITY** | ) |
| Doylestown, PA | ) |
|  | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE COUNTY OF LEBANON** | ) |
| Lebanon, PA | ) |
|  | ) |
| **HOUSING AUTHORITY OF** | ) |
| **THE COUNTY OF WARREN** | ) |
| Warren, PA | ) |
|  | ) |
| **HOUSING AUTHORITY OF** | ) |
| **MONROE COUNTY** | ) |
| Stroudsburg, PA | ) |
|  | ) |
| **SUNBURY HOUSING AUTHORITY** | ) |
| Sunbury, PA | ) |
|  | ) |
| **CHESTER HOUSING AUTHORITY** | ) |
| Chester, PA | ) |

)
**READING HOUSING AUTHORITY** )
Reading, PA )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF WILKES-BARRE** )
Wilkes-Barre, PA )
)
**SNYDER COUNTY HOUSING AUTHORITY** )
Middleburg, PA )
)
**HOUSING AUTHORITY OF** )
**THE TOWN OF WARREN** )
Warren, RI )
)
**TOWN OF WESTERLY HOUSING** )
**AUTHORITY** )
Westerly, RI )
)
**TOWN OF LINCOLN HOUSING** )
**AUTHORITY** )
Lincoln, RI )
)
**CRANSTON HOUSING AUTHORITY** )
Cranston, RI )
)
**HOUSING AUTHORITY OF NEWPORT** )
Newport, RI )
)
**TOWN OF NORTH PROVIDENCE** )
**HOUSING AUTHORITY** )
North Providence, RI )
)
**WARWICK HOUSING AUTHORITY** )
Warwick, RI )
)
**SMITHFIELD HOUSING AUTHORITY** )
Smithfield, RI )
)
**WOONSOCKET HOUSING AUTHORITY** )

Woonsocket, RI                                    )
                                                  )
**EAST PROVIDENCE HOUSING**                       )
**AUTHORITY**                                     )
East Providence, RI                               )
                                                  )
**TOWN OF BRISTOL HOUSING**                       )
**AUTHORITY**                                     )
Bristol, RI                                       )
                                                  )
**HOUSING AUTHORITY OF**                          )
**THE CITY OF CHARLESTON**                        )
Charleston, SC                                    )
                                                  )
**HOUSING AUTHORITY OF**                          )
**THE CITY OF GREENWOOD**                         )
Greenwood, SC                                     )
                                                  )
**HOUSING AUTHORITY OF**                          )
**THE CITY OF CHESTER**                           )
Chester, SC                                       )
                                                  )
**HOUSING AUTHORITY OF FLORENCE**                 )
Florence, SC                                      )
                                                  )
**HOUSING AUTHORITY OF CHERAW**                   )
Cheraw, SC                                        )
                                                  )
**SOUTH CAROLINA REGIONAL HOUSING**               )
**AUTHORITY NO. 1**                               )
Laurens, SC                                       )
                                                  )
**HOUSING AUTHORITY OF FORT MILL**                )
Fort Mill, SC                                     )
                                                  )
**HOUSING AUTHORITY OF**                          )
**THE CITY OF MARION**                            )
Marion, SC                                        )
                                                  )
**HOWARD HOUSING AND**                            )

**REDEVELOPMENT COMMISSION**
Howard, SD

**MCMINNVILLE HOUSING AUTHORITY**
McMinnville, TN

**SHELBYVILLE HOUSING AUTHORITY**
Shelbyville, TN

**FAYETTEVILLE HOUSING AUTHORITY**
Fayetteville, TN

**MURFREESBORO HOUSING AUTHORITY**
Murfreesboro, TN

**GALLATIN HOUSING AUTHORITY**
Gallatin, TN

**SOUTH CARTHAGE HOUSING
AUTHORITY**
Carthage, TN

**MARTIN HOUSING AUTHORITY**
Martin, TN

**UNION CITY HOUSING AUTHORITY**
Union City, TN

**METROPOLITAN DEVELOPMENT
AND HOUSING AGENCY**
Nashville, TN

**LAFAYETTE HOUSING AUTHORITY**
Lafayette, TN

**KNOXVILLE COMMUNITY
DEVELOPMENT CORPORATION**
Knoxville, TN

**HARTSVILLE HOUSING AUTHORITY**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Hartsville, TN )
)
**TAYLOR HOUSING AUTHORITY** )
Taylor, TX )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF LOCKHART** )
Lockhart, TX )
)
**TEMPLE HOUSING AUTHORITY** )
Temple, TX )
)
**BELTON HOUSING AUTHORITY** )
Temple, TX )
)
**HOUSTON HOUSING AUTHORITY** )
Houston, TX )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF BEAUMONT** )
Beaumont, TX )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF CORPUS CHRISTI** )
Corpus Christi, TX )
)
**WACO HOUSING AUTHORITY** )
Waco, TX )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF ABILENE** )
Abilene, TX )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF VICTORIA** )
Victoria, TX )
)
**HOUSING AUTHORITY OF** )
**THE CITY OF SEGUIN** )
Seguin, TX )

**HOUSING AUTHORITY OF
THE CITY OF GALVESTON**
Galveston, TX

**HOUSING AUTHORITY OF
THE CITY OF LAREDO**
Laredo, TX

**FORT WORTH HOUSING AUTHORITY**
Fort Worth, TX

**HOUSING AUTHORITY OF
SALT LAKE CITY**
Salt Lake City, UT

**SPRINGFIELD HOUSING AUTHORITY**
Springfield, VT

**BURLINGTON HOUSING AUTHORITY**
Burlington, VT

**EVERETT HOUSING AUTHORITY**
Everett, WA

**HOUSING AUTHORITY OF SUNNYSIDE**
Sunnyside, WA

**HOUSING AUTHORITY OF THE CITY
OF PASCO AND FRANKLIN COUNTY**
Pasco, WA

**PIERCE COUNTY HOUSING AUTHORITY**
Tacoma, WA

**PENINSULA HOUSING AUTHORITY**
Port Angeles, WA

**HOUSING AUTHORITY OF
KITTITAS COUNTY**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Ellensburg, WA                              )
                                            )
**HOUSING AUTHORITY OF**                    )
**THE CITY OF ANACORTES**                   )
Anacortes, WA                               )
                                            )
**HOUSING AUTHORITY OF**                    )
**THE CITY OF BELLINGHAM**                  )
Bellingham, WA                              )
                                            )
**HOUSING AUTHORITY OF**                    )
**WHATCOM COUNTY**                          )
Bellingham, WA                              )
                                            )
**HOUSING AUTHORITY OF**                    )
**THE CITY OF YAKIMA**                      )
Yakima, WA                                  )
                                            )
**HOUSING AUTHORITY OF**                    )
**BENWOOD-MCMECHEN**                        )
Benwood, WV                                 )
                                            )
**HOUSING AUTHORITY OF**                    )
**THE CITY OF WHEELING**                    )
Wheeling, WV                                )
                                            )
**CHARLESTON-KANAWHA HOUSING**              )
**AUTHORITY**                               )
Charleston, WV                              )
                                            )
**HOUSING AUTHORITY OF**                    )
**THE CITY OF MOUNDSVILLE**                 )
Moundsville, WV                             )
                                            )
**HOUSING AUTHORITY OF**                    )
**THE CITY OF MOUNT HOPE**                  )
Mount Hope, WV                              )
                                            )
**THE HOUSING AUTHORITY OF**                )
**THE CITY OF SOUTH CHARLESTON**            )

South Charleston, WV                              )
                                                  )
**WINNEBAGO COUNTY HOUSING**                      )
**AUTHORITY**                                     )
Oshkosh, WI                                       )
                                                  )
**DANE COUNTY HOUSING AUTHORITY**                 )
Monona, WI                                        )
                                                  )
**APPLETON HOUSING AUTHORITY**                    )
Appleton, WI                                      )
                                                  )
**HOUSING AUTHORITY OF**                          )
**THE CITY OF CHEYENNE**                          )
Cheyenne, WY                                      )
                                                  )
                                                  )
                              **Plaintiffs,**     )
                                                  )
                                                  )
                                                  )
**v.**                                            )
                                                  )
                                                  )
                                                  )
**THE UNITED STATES**                             )
                                                  )
                                                  )
                              **Defendant.**      )

---

## COMPLAINT

## <u>INTRODUCTION</u>

1.     Except for the Plaintiffs that are national or state trade associations, each of the

Plaintiffs is a public housing agency (the PHA Plaintiffs). A public housing agency (PHA) is a

State or unit of local government or an agency or instrumentality created by a State or unit of

local government for the purpose of administering the United States Department of Housing and Urban Development's (HUD) Public Housing program and other affordable housing programs.

2.      An Annual Contributions Contract (ACC) "is a contract prescribed by HUD for loans and contributions, which may be in the form of [an] operating subsidy, whereby HUD agrees to provide financial assistance and the PHA agrees to comply with HUD requirements for the development and operation of its public housing projects." 24 C.F.R. § 990.115 (2012). Each of the PHA Plaintiffs is a party to an ACC entered into with the United States acting through HUD.  A representative copy of the ACCs between the PHA Plaintiffs and HUD is attached to the Complaint as Exhibit 1.

3.      Under the ACC between each of the PHA Plaintiffs and HUD, HUD is required to provide operating subsidies annually to Plaintiffs in accordance with HUD regulations in Title 24 of the Code of Federal Regulations (Title 24), for use by the PHA Plaintiffs in their operation of projects under the Public Housing program.

4.      Section 5 of the ACC between each of the PHA Plaintiffs and HUD incorporates HUD regulations in Title 24, as they may be amended from time to time, into each of the ACCs.

5.      "If a PHA's formula expense is greater than its formula income, then the PHA is eligible for an operating subsidy." 24 C.F.R. § 990.110(a)(2) (2012).  The annual operating subsidy a PHA is eligible to receive is the difference between a PHA's formula expenses, as calculated under Subpart C of Part 990 of Title 24, and the PHA's formula income derived from the operation of its public housing projects, as calculated under Subpart D of Part 990 of Title 24. 24 C.F.R. § 990.200(a) (2012).

6.      The formula utilized by HUD to calculate the operating subsidy to which a PHA is entitled was authorized by legislation enacted in 1998.  The formula was developed and

implemented by HUD with the assistance of the public housing industry and other interested parties after two negotiated rulemakings, a multi-year, comprehensive and costly study issued by the Harvard University Graduate School of Design and an arduous transformation completed in 2011 of public housing to the asset management principles of project-based budgeting, accounting and management.

7.     Operating subsidies are "limited to the availability of funds as described in § 990.210(c)." 24 C.F.R. § 990.110(b)(3) (2012).

8.     Before September 2005, HUD had the discretion to reduce operating subsidies to which PHAs were entitled "on a pro rata basis or other basis established by HUD" when insufficient funds were appropriated to pay the full formula amount of operating subsidies to which PHAs were entitled.  24 C.F.R. § 990.112(c) (2005).

9.     After September 2005, if "insufficient funds are available, HUD shall have discretion to revise, on a pro rata basis, the amounts of operating subsidy to be paid to PHAs." 24 C.F.R. § 990.210(c) (2012).

10.     Because of an insufficient amount of funds appropriated by Congress, HUD reduced the annual amount of operating subsidies to which the PHA Plaintiffs and other PHAs were entitled 17 times during the years from 1981 through 2009.  All of these reductions were done on a pro rata basis among all PHAs that were entitled to receive an operating subsidy in the years that operating subsidies were reduced.

11.     For 2012, the Administration proposed a reduction in the aggregate amount of operating subsidies of about $1 billion, which was about 20 percent of the full formula amount to which the PHA Plaintiffs and other PHAs would otherwise have been entitled in accordance with HUD regulations.

12.     Contrary to HUD regulations and the ACC, instead of prorating this reduction among all PHAs, the Administration proposed that the reduction be applied solely to PHAs with operating reserves which HUD determined were "excess" operating reserves.

13.     HUD defined "excess" operating reserves as reserves of more than four months of formula operating expenses (six months for small PHAs with fewer than 250 public housing units).  The amount of operating reserves for each PHA was determined by HUD at the end of each PHA's fiscal year, starting for fiscal years ending on June 30, 2010, and continuing for the fiscal years ending on September 30, 2010, December 31, 2010, and March 31, 2011.

14.     Congress accepted the Administration's proposal to apply the 2012 reduction in the aggregate amount of operating subsidies to which the PHA Plaintiffs and other PHAs were entitled to PHAs with "excess" operating reserves, except it limited the reduction to no more than $750 million.  Department of Housing and Urban Development Appropriations Act, 2012, Pub. L. No. 112-55, 125 Stat. 552, 680 (November 18, 2011).

15.     HUD's reduction of the 2012 operating subsidies resulted in a substantial number of PHAs receiving an operating subsidy that was less than the amount that they would have received if the funds appropriated for operating subsidies had been prorated among all PHAs. Many of these PHAs received no operating subsidy at all in 2012.

16.     Reducing the operating subsidies to which the PHA Plaintiffs were entitled in 2012 on a non pro rata basis is a breach of the ACCs between the PHA Plaintiffs and HUD. Accordingly, the PHA Plaintiffs that received an operating subsidy that was less than the amount they would have received if HUD had reduced the 2012 operating subsidies on a pro rata basis are entitled to money damages for the difference between the operating subsidy these PHA

Plaintiffs should have received in accordance with their contracts with HUD and the operating subsidy they actually received.

17.    Operating reserves include nonrental income earned by PHAs.  The amount of nonrental income earned by all PHAs from 2007 through 2009 was approximately $1.2 billion.

18.    PHAs "may retain and use [nonrental income] without any decrease in the amounts received under this section from the Capital or Operating Fund." 42 U.S.C. §1437g(k). This statutory mandate is recognized by HUD through the exclusion of nonrental income from the formula that is used to calculate the annual operating subsidy to which the PHA Plaintiffs and other PHAs are entitled.  24 C.F.R. §990.195(a) (2012).

19.    All PHAs were also provided a one-time incentive to increase income from tenant rents, which would reduce subsidy needs in the future, by a one-time freeze in rental income for the three-year period of 2007 through 2009.  Pursuant to this incentive, the amount of rents collected by a PHA during each year of this three-year period that was greater than the rents charged by the PHA for 2004 could be retained by the PHA with no offset in the operating subsidy to which the PHA was otherwise entitled. 42 U.S.C. §1437g(e)(2)(B); 24 C.F.R. §990.195(c) (2012).

20.    For this three-year period, approximately $1.1 billion was earned collectively by the PHA Plaintiffs and all other PHAs from this rental income incentive.  The PHA Plaintiffs' operating reserves include amounts they earned from this provision.

21.    HUD's failure to exclude nonrental income and the extra rents collected during the years 2007 through 2009 from HUD's reduction of the PHA Plaintiffs' 2012 operating subsidies constitutes a breach of the ACC between each of the PHA Plaintiffs and HUD.  If this Court determines that HUD's reduction of the PHA Plaintiffs' 2012 operating subsidies was not

a breach of the ACCs between the PHA Plaintiffs and HUD, the PHA Plaintiffs are entitled to money damages pursuant to Counts II and III to the extent that HUD failed to exclude the PHA Plaintiffs' nonrental income and the extra rents collected by the PHA Plaintiffs in 2007, 2008 and 2009 from HUD's reduction of the PHA Plaintiffs' 2012 operating subsidies.

## JURISDICTION

22.     The Court has jurisdiction over this action under 28 U.S.C. § 1491(a)(1) because Plaintiffs' claims are founded on an express contract between each of the PHA Plaintiffs and the United States.

## PARTIES

23.     Plaintiff Public Housing Authorities Directors Association is a nationwide nonprofit organization that represents the professional administrators of approximately 1900 PHAs throughout the United States with respect to various federal housing programs administered by these agencies, including the Public Housing program.

24.     Plaintiff National Association of Housing and Redevelopment Officials (NAHRO) is a nationwide nonprofit organization that is a housing and community development advocate for the provision of adequate and affordable housing and strong, viable communities. NAHRO represents approximately 2400 PHAs.

25.     Plaintiff New York State Public Housing Authorities Directors Association is a nonprofit entity formed for the purposes of developing and implementing a network of statewide public housing authority directors to provide an opportunity for discussion, support, and training on issues pertaining to public housing.

26.     Plaintiff Kentucky Housing Association is a nonprofit entity formed for the purpose of representing the interests of public housing agencies in the State of Kentucky with

respect to their administration of various federal housing programs, including the Public Housing program.

27.     As defined by the United States Housing Act of 1937 (1937 Act), each of the PHA Plaintiffs is a "State, county, municipality, or other governmental entity or public body (or agency or instrumentality thereof) which is authorized to engage in or assist in the development or operation of public housing." 42 U.S.C. § 1437a(b)(6)(A). Each of the PHA Plaintiffs is a party to an ACC with HUD under which it receives funds annually from HUD for the purpose of administering the Public Housing program.

28.     HUD is an agency of the United States. As an agency of the United States, HUD's actions are imputed to the United States.

29.     The United States, acting through HUD, is an express party to the contracts at issue in this action.

## FACTS

### The Public Housing Program

30.     The Public Housing program is by far the oldest federal program to provide housing assistance to low-income persons. Unlike newer housing assistance programs, which were enacted with fully developed forms of subsidy, the public housing subsidy evolved over time in reaction to changing objectives and circumstances. As a result, PHAs have administered the Public Housing program in the face of less predictability and stability than providers of housing under other federal assistance programs.

31.     The Public Housing program began in the throes of the Great Depression as a way to alleviate unemployment, replace slum housing with decent housing, and help working families find affordable housing.

32.     At first, construction of public housing projects was financed through the provision of loans by the Public Works Administration pursuant to the National Industrial Recovery Act of 1933 to private limited dividend companies.  Subsequently, public housing projects were developed through direct federal construction and federal ownership of the properties.

33.     In 1937, Congress transformed the Public Housing program into one in which PHAs developed the properties with federal financial assistance, which was provided by the United States Housing Authority in the Department of the Interior.  United States Housing Act of 1937, Pub. L. No. 75-412, 50 Stat. 888, 889 (1937).  Approximately 1.1 million units remain in the public housing inventory.  Since the construction of public housing projects declined sharply after 1972, most of the properties are over 40 years old.

34.     Three major forms of federal subsidy are available in the Public Housing program:  payment of project development costs; payment of modernization or capital repair costs; and payment of operating costs in excess of tenant rents.  The initial federal subsidy for public housing projects was limited to a contribution to the payment of debt service on funds borrowed by PHAs to finance construction of their public housing projects.  All costs of operating, maintaining, and repairing the projects  had to be paid from other sources, primarily proceeds from tenant rents.  Because most tenants in the early years of the program were working families, including workers in defense industries during World War II, rents could be established at levels high enough to cover these costs without being burdensome.

35.     Rent proceeds in excess of immediate expenses were placed in a reserve for capital repairs and an operating reserve.  When those reserves reached their maximum allowable

amounts (six months of routine operating expenses for the operating reserves), "excess" receipts were returned to the federal agency and used to meet the debt service obligations of the federal government. At first, these excess receipts were substantial.

36.     As it turned out, the reserves were underfunded. Each of these early projects, while viable initially, contained a hidden time bomb. The projects had no way to recapitalize to pay for the large capital repair and rehabilitation costs that would inevitably be needed in the future. PHAs could not borrow private funds to pay for repairs because they were not allowed to mortgage their properties. In addition, incentives in the tax code to support recapitalization were not available to PHAs. Therefore, the only course available to PHAs was to maintain very large reserves, which the federal agency would not permit, or to seek new federal subsidies.

37.     By the 1960s, deferred maintenance on public housing projects was widespread and rent levels were burdensome for many tenants. Around 1968, HUD began providing subsidies to PHAs to meet their public housing capital improvement needs, using the same techniques used to pay for the construction of the properties, paying for debt service on funds borrowed by PHAs.

38.     In 1980, Congress enacted a permanent program to fund the public housing capital improvement needs. In 1987, the program was converted to annual grants, which is the current form of subsidy. Federal funds, however, were insufficient to keep up with the growing capital needs of the public housing inventory.

39.     In 1977, HUD estimated that there was a backlog of public housing capital improvement needs of $1.5 billion ($5.7 billion in 2012 dollars). In 1983, the Congressional Budget Office indicated a modernization needs backlog of $10 billion ($23 billion in 2012

dollars), including energy conservation improvements.  In addition, HUD contracted with Abt

Associates, Inc. (Abt) to perform estimates of the capital improvement needs backlog and the

accrual of new capital needs each year.  Several studies were conducted by Abt in the late 1980s.

Further studies were conducted and published by Abt in 2000 and finally in 2010.

40.    Abt's most recent estimate, published on November 24, 2010, identified a capital

needs backlog of almost $26 billion, including about $4 billion in energy conservation

improvements, even though about 100,000 net units had been demolished in the preceding

decade, among which were some of the most distressed properties.  The 2010 Abt study also

estimated that public housing projects are accruing additional capital needs annually in the

amount of $3.4 billion.  Appropriations for capital needs, both to address backlog and accrual

needs, over the last three years of 2010 through 2012 averaged only $2.1 billion a year,

considerably less than the amount of accrual needs identified in the Abt study.

41.    As the capital needs of an aging public housing stock rose, major changes in the

tenant population and in tenant rents further compromised public housing finances.  One of the

major changes was a reduction in the median income of public housing tenants, with incomes

declining from about 64 percent of the national median income for all families in the United

States in 1950 to about 41 percent of median income in 1968 and to about 30 percent by 1975.

In 2011, the average income of public housing tenants was about 20 percent of national median

income.

42.    Starting with the Housing Act of 1949, and culminating with the Brooke

Amendments in 1969 and 1970 (named after their sponsor Sen. Edward Brooke of

Massachusetts), Congress and the Administration made a series of changes to the Public Housing program that lowered tenant rental income and increased the cost of operating a project.

43.     During the early period of the Public Housing program, private real estate interests were concerned about the attraction of subsidized public housing rents to tenants who might otherwise be served by the private market.  These concerns, as well as Congress' new national housing policy commitment expressed in the Housing Act of 1949 for "the realization as soon as feasible of the goal of a decent home and a suitable living environment for every American family . . . ," Housing Act of 1949, Pub. L. No. 81-171, § 2, 63 Stat. 413 (1949), led to the imposition of limits on the income for a tenant's initial occupancy, and on the tenant's continued occupancy.  In addition, a preference for admission of various tenants who were perceived as needier than others was imposed.

44.     A PHA's control over its public housing tenants was reduced by the actions of the Administration and Congress to assure that the neediest families were served by the Public Housing program, such as in 1949 prohibiting discrimination in tenant selection against recipients of public assistance, in 1968 prohibiting a PHA from skipping over a waiting list applicant in favor of a higher income applicant, and in 1971 making evictions more difficult to obtain.  These actions reduced income and increased costs for a PHA.

45.     Although the Public Housing program was originally restricted to families, in 1959 Congress authorized the admission of elderly individuals, whose incomes were generally lower than the incomes of families.  The number of elderly tenants grew rapidly, reaching about 45 percent of all public housing occupants by the early 1980s.

46.     The changing tenant population, combined with changing attitudes in the 1960s that the purpose of the Public Housing program was not just to provide "bricks and mortar" but also to improve the lives of the tenants, led to higher operating costs for tenant services, including increased security at public housing projects.

47.     The first Brooke Amendment was enacted in 1969 and applied the *coup de grace.* Pub. L. No. 91-152, § 213, 83 Stat. 379, 389 (1969).  The first Brook Amendment, which was effective not later than 90 days after its enactment, prohibited a PHA from charging a rent in excess of 25 percent of a tenant's income.  The second Brooke Amendment was enacted in 1970 and authorized certain exclusions and deductions from income, which had the effect of further reducing rental income.  Pub. L. No. 91-609, § 208, 84 Stat. 1770, 1777 (1970).

48.     The sudden imposition of the first Brooke Amendment in 1969 sent a chill through the Office of Management and Budget (OMB), as it realized that large-scale operating subsidies could no longer be avoided.

### The Public Housing Operating Subsidy

49.     Very small scale operating subsidies, called special family payments, were already in effect by the time the first Brooke Amendment was enacted.  In 1961, a payment of up to $120 a year was authorized for each public housing unit occupied by an elderly person, if the federal agency determined that the payment was necessary to keep rentals affordable and the project solvent.  In 1964, the $120 payment was extended to units occupied by families displaced by urban renewal activities or by the development of public housing.  The $120 payment was extended again in 1968, to unusually low income families and to large families.

50.     In 1968, these special family payments amounted to only $4.6 million.  By 1978, the general, industry-wide operating subsidy first authorized by Congress in 1969 reached $661.6 million.

51.     Section 212 of the Housing and Urban Development Act of 1969 clarified the authority of HUD to make ACC payments for more than debt service and authorized an additional $75 million for this purpose.  Pub. L. No. 91-152, 83 Stat. 379, 388-89 (1969); S. Rep. No. 91-1216, at 13 (1970).  A general operating subsidy was authorized more explicitly by Section 210 of the Housing and Urban Development Act of 1970.  Pub. L. No. 91-609, 84 Stat. 1770, 1777 (1970).

52.     After Section 210 was enacted, HUD had little time to study and determine how to calculate an operating subsidy for each of over 3000 PHAs.  The search for a reasonable, effective and widely accepted formula for allocating operating subsidies to PHAs lasted for 35 years.

53.     Operating subsidies initially were based on HUD reviews of PHA budgets and were calculated to address budgetary deficits.  Since this method relied on pre-existing spending patterns, it perpetuated any disparities that existed among PHAs in the adequacy of their operating incomes.

54.     The OMB became alarmed at the rapid rise in operating subsidies, from $12.5 million in 1969 to $103 million in 1971.  As a result, OMB imposed a 3 percent cap on the growth rate effective October 1, 1972, using 1971 as the base year.  The cap was increased to 5.5 percent two years later.

55.     In 1972, HUD began working with the help of a private group to devise a comprehensive formula to allocate operating subsidies that would be equitable to all PHAs and would encourage good management of public housing.

56.     The new method of determining operating subsidies was completed in 1975 and named the Performance Funding System (PFS).  Prototype costs were developed for efficiently managed PHAs, with adjustments for variables such as regional cost differences, height of buildings, etc.  However, HUD did not use the prototype costs to determine allowable expenses. Instead, allowable expenses were derived from actual expenses in the base year of 1975 plus an inflation factor.  HUD merely established an upper limit to the amount of actual expenses that were approved.

57.     The PFS was immediately and continually, for over 20 years, viewed as a flawed system, since it inherited and perpetuated whatever deficiencies that existed in the base year of 1975.

58.     After more than twenty years of the PFS, including several adjustments by HUD during this time, a General Accounting Office (GAO) study of the PFS, dated June 1998 and requested by the Senate Appropriations Committee, found the same deficiencies in the PFS that were initially observed:  (1) that the system relied on historic cost data (1975 base year) and not on models of what it costs to run a housing project, and (2) if the historic cost data, with respect to any PHA, was higher than needed or lower than it should be, these inadequacies would be perpetuated.

59.     Legislation was enacted in October 1998 (1998 Legislation) directing HUD to develop a new formula to allocate operating subsidies pursuant to the negotiated rulemaking

procedure under the Administrative Procedure Act.  Pub. L. No. 105-276, § 519, 112 Stat. 2461,

2555 (codified as amended at 42 U.S.C. § 1437g(f)).  The use of this procedure would permit the

active participation of PHAs, public housing tenants and low-income housing groups in the

rulemaking.

60.     In accordance with the 1998 Legislation, HUD established a Negotiated

Rulemaking Committee on March 16, 1999.  This committee met on nineteen separate days for

almost one year.

61.     As stated in the preamble to  a proposed Interim Rule issued by HUD, "[i]t

became apparent to the [Negotiated Rulemaking] Committee during its deliberations, that

sufficient data were not available to either establish the true cost of operating public housing or

to develop final modifications to the existing PFS regulations without an unacceptable degree of

unpredictability."  65 Fed. Reg. 42489 (July 10, 2000).  Notwithstanding the lack of sufficient

data,  HUD adopted a few changes recommended by the Negotiating Rulemaking Committee in

an Interim Rule published on March 29, 2001 (Interim Rule).  66 Fed. Reg. 17276 (Mar. 29,

2001).

62.     The primary changes adopted in the Interim Rule shifted funding from larger

PHAs to smaller PHAs and implemented two provisions that Congress had enacted in the 1998

Legislation.

63.     Both of the statutory provisions from the 1998 Legislation implemented by the

Interim Rule increased the funds that became available to PHAs.  One provision ended the

previous practice of including nonrental income in the income amount used in the calculation of

the operating subsidies provided by HUD to PHAs annually.  The other provision directed HUD

to provide an incentive to PHAs to facilitate increases in the earned income of residents.

64.     Because of the difficulties encountered by the Negotiated Rulemaking Committee

in developing a new formula to calculate public housing operating subsidies, Congress, in the

conference report on HUD's FY 2000 appropriations, directed HUD to contract with the Harvard

University Graduate School of Design "to conduct a study on the costs incurred in operating

well-run public housing and provide the results to the negotiated rule-making committee and the

appropriate congressional committees." H.R. Rep. No. 106-379, at 91 (1999).  For this study,

Congress provided $3 million in funding and imposed a deadline of October 1, 2000 for

submission of a final report.

65.     The comprehensiveness of the study (Harvard Cost Study or Study) necessitated

an extension of the reporting deadline and additional funding.  The final report was issued on

June 6, 2003, almost four years after the study was ordered by Congress.

66.     The Study used the inventory of 1.5 million units of housing with mortgages

insured by HUD as a benchmark to help develop a model that estimated what it would cost to

operate each public housing project.  About one million of those units were subsidized by HUD

under programs other than the Public Housing program.

67.     The Study avoided the pitfalls of the PFS's reliance on actual budgets of PHAs.

Through a long modeling and field testing process, the Study adjusted the private housing

benchmarks to the public housing environment.

68.     The project-by-project expense levels developed by the Study resulted in a

recommended shift in operating subsidy allocations among PHAs, while, according to the Study,

increasing the aggregate expense level by about 5 percent.  HUD subsequently estimated that the

aggregate increase in the operating subsidy from the revised formula was 8.9 percent.

69.     When the Study was issued, PHAs functioned on an agency wide basis, not on a

project-by-project basis.  An integral part of the Study's recommendations was the conversion of

PHAs to project-based accounting, budgeting and management, just as is done in the private

multifamily housing sector. This was a difficult and long conversion for PHAs, spanning several

years of effort.  PHAs were given until FY 2011 to complete the process.

70.     After completion of the Harvard Cost Study, and after prodding by Congress in

the FY 2004 HUD Appropriations Act, Pub. L. No. 108-109, 118 Stat. 3, 398 (2004), HUD

established another Negotiated Rulemaking Committee on March 10, 2004.  This Committee met

for several days between March 30, 2004 and June 9, 2004 (2004 Rulemaking Committee).  A

proposed rule was then issued by HUD on April 14, 2005 to revise the Interim Rule then in

effect.  70 Fed. Reg. 19858-59 (April 14, 2005).

71.     The proposed rule stirred considerable controversy because it deviated

significantly and negatively for PHAs, from the recommendations of the 2004 Rulemaking

Committee.  In response to the widespread criticism received by HUD, the final rule, issued on

September 19, 2005, adhered more closely to the Committee's recommendations.  70 Fed. Reg.

54984 (Sept. 19, 2005).  The final rule was then amended on October 24, 2005, to extend the

start of the new operating fund formula from fiscal year 2006 to calendar year 2007, in order to

provide PHAs with a transition period.  70 Fed. Reg. 61366-67 (Oct. 24, 2005).

72.     Both the earlier PFS regulation and the Interim Rule of March 29, 2001, provided

that in the event of insufficient funds, "[H]UD shall have **complete discretion** to revise, on a pro

rata basis **or other basis** established by HUD, the amounts of operating subsidy to be paid to

PHAs." 66 Fed. Reg. 17297 (Mar. 29, 2001); 24 C.F.R. § 990.112(c) (2001) (emphasis

supplied).

73.     After the 2004 Rulemaking Committee completed its work, the proposed and final

operating fund rules, issued on April 14, 2005 and September 19, 2005, respectively, changed

the language of the regulation relating to how operating subsidies are to be allocated if the funds

appropriated by Congress are insufficient to pay the full formula amount of each PHA's

operating subsidy.  The new provision takes away HUD's "complete discretion" to revise

allocations on a pro rata basis "or other basis established by HUD . . . ."  The final rule now

states that if insufficient funds are available to fund operating subsidies fully, "HUD shall have

discretion to revise, on a pro rata basis, the amounts of operating subsidy to be paid to PHAs."

24 C.F.R. § 990.210(c) (2012).

74.     Consistent with the language of the final rule, HUD's Regulatory Impact Analysis

of the final rule makes several references to HUD's understanding that shortfalls in operating

subsidy funding would be addressed through a proration under the rule.

75.     The final rule is also consistent with the manner in which HUD reduced operating

subsidies for the years 1981 through 2009 when there were insufficient funds to pay the full

formula amount of the operating subsidies.  In spite of the broader language in HUD's PFS

regulation and Interim Rule giving HUD discretion to determine the basis for reducing operating

subsidies, HUD reduced the operating subsidy formula amounts on a pro rata basis in each of the

17 years between 1981 and 2009 in which insufficient funds were appropriated to provide full

funding.  Accordingly, each PHA received appropriated operating subsidies in the same percentage of its formula eligibility as every other PHA.

76.     The final operating fund rule, as amended on October 25, 2005, established the final parameters of the rental income incentive required by section 9(e)(2)(B) of the 1937 Act. *See* 42 U.S.C. § 1437g(e)(2)(B).  The purpose of section 9(e)(2)(B) was to establish an incentive for PHAs to take steps to raise the level of tenant incomes.  In return for a successful increase in overall incomes, a PHA would be permitted to retain the increased amounts, while the federal government benefited from lower subsidy costs in the future.

77.     Under this rental income incentive provision, the calculation of tenant rental income was frozen at the amount of rent charged by a PHA for 2004, and this income was not adjusted or inflated when operating funds were allocated in calendar years 2007 through 2009. Approximately $1.1 billion in extra rental receipts were earned by PHAs under this regulatory provision.  In accordance with section 9(e)(2)(B) of the 1937 Act, this extra income can be retained by a PHA and used for low-income housing or to benefit the tenants assisted by the PHA.

78.     Another change from the PFS, made by both the interim and final rule, and based on a statutory change to the 1937 Act made by the 1998 Legislation, excluded all nonrental income from the calculation of operating subsidies.  In accordance with section 9(k) of the 1937 Act, this "nonrental income" can be retained by the PHA and used for low-income housing or to benefit the tenants assisted by the PHA.  42 U.S.C. § 1437g(k).

79.     From 2007 through 2009, the aggregate amount of nonrental income for all PHAs averaged about $400 million annually.  When added to income retained by PHAs from the rental

income incentive for the same 2007 to 2009 period, the average annual income to all PHAs, in addition to an operating subsidy and rental income, was about $750 million, or a total amount for the three-year period of about $2.25 billion.  This added income is reflected in the level of operating reserves maintained by PHAs.

80.     Operating reserves are necessary when a PHA receives less than the full formula operating subsidy amount to help the PHA pay the costs of operating and maintaining its public housing projects.  Operating reserves are also necessary to supplement the capital funds received by PHAs from HUD to address the estimated capital improvements backlog of $26 billion.

81.     The public housing funding system is unpredictable.  There is no way for PHAs to know from year to year whether adequate funds will be provided.  For example, in 2004 operating subsidy was prorated at 98.1 percent of formula eligibility.  In 2005, the proration precipitously dropped by almost 10 percent, to 88.8 percent of formula eligibility.  The level of operating subsidy remained depressed for the next four years, 2006 through 2009, with proration percentages in the 83 to 89 percent range.  In 2010, the proration jumped dramatically to 103 percent.  In 2011, one hundred percent funding was provided.  In 2012, only 80.6 percent of the full funding formula amount was appropriated.

82.     Public housing projects do not have replacement reserves, which are standard features in HUD-assisted privately owned multifamily housing.  In this privately owned housing, regular payments to replacement reserves are made and the reserves are maintained for the long-term.  Funds in the reserve are used, when necessary, to help pay for capital repairs to a project. The Harvard Cost Study recommended that "excess" operating reserves be converted into replacement reserves.

83.    While HUD has several times supported a policy of fungibility between operating and capital funds, and in practice has permitted the use of operating reserves for capital improvements, it rigidly prohibited the use of operating reserves for capital items after the Administration decided to use a substantial part of PHAs' operating reserves to reduce the 2012 budget.

84.    HUD estimated that in 2009 the operating reserves for all PHAs were about $3.9 billion, of which about $1.6 billion were characterized as "excess", that is in excess of 4 months of operating formula expenses of PHAs with 250 or more public housing units and 6 months for PHAs with fewer than 250 units.  Operating reserves in the previous three years averaged about $2.7 billion.

85.    Congress permitted up to $750 million in these so-called "excess" operating reserves to be used in effect to offset a reduction in operating subsidy for some PHAs.  At the same time, Congress directed HUD to permit PHAs to use "excess" operating reserves for capital repairs.

86.    Although HUD calculated the 2012 full formula operating subsidy amount as $4,888,046,046, Congress only appropriated $3,961,850,000 for operating subsidies in 2012.  Of this amount, $3,941,171,376 was made available for distribution to the PHAs.  This amount equaled 80.63 percent of the full formula amount.

87.    From each PHA with "excess" operating reserves, HUD subtracted a portion of those excess reserves from the PHA's full formula eligibility amount.  As a result, the operating subsidy a PHA was entitled to receive was reduced by the amount of excess reserves that were subtracted from its formula amount.  PHAs with no excess operating reserves received an

operating subsidy from appropriated funds equal to about 95 percent of their formula eligibility amount.  Many PHAs at the other extreme, with relatively high reserves, received zero operating subsidies from appropriated funds.  Other PHAs received operating subsidies in a range between zero and 95 percent of eligibility.  The aggregate amount of operating reserves used by HUD to offset the 2012 operating subsidies totaled about $738.3 million.

## COUNT I – BREACH OF CONTRACT
### (Reduction of Operating Subsidies on a Non Pro Rata Basis)

88.     Plaintiffs re-allege paragraphs 1-87.

89.     Section 9(e)(1) of the 1937 Act requires HUD to "establish an Operating Fund for the purpose of making assistance available to public housing agencies for the operation and management of public housing . . . ."

90.     As required by Section 9(e)(1) of the 1937 Act, HUD established an Operating Fund to provide assistance to the PHA Plaintiffs for the operation and management of their public housing projects.

91.     Section 9(e)(2) of the 1937 Act requires HUD to "establish a formula for determining the amount of assistance provided to public housing agencies from the Operating Fund for a fiscal year."

92.     As required by section 9(e)(2) of the 1937 Act, HUD established a formula for determining the amount of operating subsidy to which the PHA Plaintiffs are entitled annually.

93.     Section 3 of the ACC between each of the PHA Plaintiffs and HUD requires HUD to provide an operating subsidy to the PHA Plaintiffs "in accordance with all applicable statutes, executive orders, regulations, and this ACC."

94.     Section 5 of the ACC between each of the PHA Plaintiffs and HUD incorporates Title 24, as amended from time to time, into each of the ACCs.

95.     In 2012, the funds appropriated by Congress were insufficient to pay the aggregate amount of operating subsidies to which all PHAs were entitled in accordance with the formula established by HUD under Title 24.

96.     Under Title 24, if insufficient funds are available to pay the aggregate amount of the operating subsidies to which all PHAs are entitled, HUD may reduce the operating subsidy each PHA is entitled to receive on a pro rata basis.

97.     HUD did not reduce the operating subsidies to which the PHA Plaintiffs were entitled in 2012 on a pro rata basis.  Instead, HUD reduced the operating subsidies of the PHA Plaintiffs which HUD determined had "excess" operating reserves to a greater extent than HUD reduced the operating subsidies of other PHAs without "excess" operating reserves.  The reduction in operating subsidies imposed on the PHA Plaintiffs based on their "excess" operating reserves was greater than the reduction would have been if it had been imposed on a pro rata basis.

98.     HUD's reduction of the operating subsidies of the PHA Plaintiffs which HUD determined had "excess" reserves was not in accordance with the ACCs between the PHA Plaintiffs and HUD and applicable HUD regulations.

99.     HUD breached the ACCs between the PHA Plaintiffs and HUD when HUD reduced the PHA Plaintiffs 2012 operating subsidies on a non pro rata basis.

## COUNT II – BREACH OF CONTRACT
### (Nonrental Income)

100.    Plaintiffs re-allege paragraphs 1-99.

101.   The PHA Plaintiffs derive revenue from many sources including, but not limited to, the rent paid by public housing tenants, annual contributions received from HUD, payments from the leasing of cell towers and income earned by the PHA Plaintiffs from providing laundry services at their public housing projects.

102.   Funds remaining at the end of the PHA Plaintiffs' fiscal year after they have paid all the expenses of operating and maintaining their public housing projects become part of the PHA Plaintiffs' operating reserves.  Funds in the PHA Plaintiffs' operating reserves include nonrental income earned by the PHA Plaintiffs.

103.   Section 9(k) of the 1937 Act states that the PHA Plaintiffs may retain and use their nonrental income "for low-income housing or to benefit the residents assisted by the [PHA]" without any reduction in the operating subsidy received by the PHA Plaintiffs from HUD.

104.   Consistent with Section 9(k), HUD regulations exclude nonrental income from the formula that is used to calculate the annual operating subsidy to which the PHA Plaintiffs are entitled.

105.   HUD did not exclude the nonrental income of the PHA Plaintiffs when HUD reduced the PHA Plaintiffs' 2012 operating subsidies.

106.   HUD breached the ACCs between the PHA Plaintiffs and HUD by not excluding the nonrental income in PHA Plaintiffs' operating reserves when HUD reduced the PHA Plaintiffs' 2012 operating subsidies.

## COUNT III – BREACH OF CONTRACT
### (Rental Income Incentive)

107.   Plaintiffs re-allege paragraphs 1-106.

108.     Section 9(e)(2)(B) of the 1937 Act required HUD to provide an incentive to the PHA Plaintiffs to encourage them to facilitate an increase in the income earned by the PHA Plaintiffs from their public housing tenants.  Section 9(e)(2)(B) also required that the PHA Plaintiffs should benefit from any increase in the income of public housing tenants that accrued from this incentive by permitting the PHA Plaintiffs to retain and use this extra income "for low-income housing or to benefit the residents of the [PHA]."

109.     In 2005, HUD issued a regulation providing the incentive required by Section 9(e)(2)(B).  This incentive excluded the rental income collected from public housing tenants by the PHA Plaintiffs in 2007, 2008 and 2009 that was greater than the rental income charged by the PHA Plaintiffs to their public housing tenants in 2004 from the formula used to calculate the annual operating subsidies to which the PHA Plaintiffs were entitled in those three years.

110.     Any such amounts earned by the PHA Plaintiffs and not used for low-income housing or for the benefit of their tenants became part of the PHA Plaintiffs' operating reserves.

111.     HUD breached the ACCs between the PHA Plaintiffs and HUD by not excluding the extra income earned by the PHA Plaintiffs from the rental income incentive provided by HUD for the years 2007 through 2009 that was included in the PHA Plaintiffs' operating reserves when HUD reduced the PHA Plaintiffs' 2012 operating subsidies.

WHEREFORE, Plaintiffs pray that the Court:

(i)  Find that HUD breached the contracts between the PHA Plaintiffs and the United States acting through HUD;

(ii)  Award the PHA Plaintiffs compensatory damages in the aggregate amount of

at least $134,871,013.00.

(iii)  Award the PHA Plaintiffs their costs and expenses of this action, including

attorney fees; and

(iv)  Award the PHA Plaintiffs any other relief that is proper.


Respectfully submitted,

January 3, 2013

Carl A.S. Coan, III
Coan & Lyons
1100 Connecticut Avenue, NW
Suite 1000
Washington, D.C. 20036
202-728-1070 (Telephone)
202-293-2448 (Facsimile)
ccoan@coanlyons.com

Attorney for Plaintiffs


Of Counsel:
Raymond K. James