# In The United States Court of Federal Claims

No. 13-00006C

(Filed: March 4, 2013)

_____

PUBLIC HOUSING AUTHORITIES
DIRECTORS ASSOCIATION, et al ,

       Plaintiffs,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On March 1, 2013, plaintiffs filed what purported to be an amended complaint. Pursuant to Rule 15 of the Rules of the Court of Federal Claims, that amended complaint is hereby deemed filed. All other orders remain in effect. Accordingly, on or before May 2, 2013, defendant shall file its response to plaintiffs' amended complaint.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra
                                    Francis M. Allegra
                                    Judge