# In The United States Court of Federal Claims

No. 13-00006C

(Filed: May 24, 2013)

_____

PUBLIC HOUSING AUTHORITIES
DIRECTORS ASSOCIATION, et al ,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 2, 2013, defendant filed a motion for partial summary judgment. On May 23, 2013, plaintiffs filed a motion to stay defendant's motion for partial summary judgment. Briefing on defendant's motion for partial summary judgment is hereby **STAYED** until further order. The court awaits defendant's response to plaintiffs' motion to stay.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge