# In The United States Court of Federal Claims

Nos. 13-00006C; and 13-06000C thru 13-06356C

(Filed: November 15, 2013)

_____

PUBLIC HOUSING AUTHORITIES
DIRECTORS ASSOCIATION, et al,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Preliminary status conference will be held in this case on Wednesday, December 4, 2013, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439.  The courtroom location will be posted in the lobby on the day of the conference.

      **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge