# In the United States Court of Federal Claims

Nos.  13-00006C; and 13-060000C thru 13-06356C

|  |  |  |
|---|---|---|
| PUBLIC HOUSING AUTHORITIES DIRECTORS ASSOCIATION, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | (Filed: May 11, 2016) |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

The government filed an unopposed motion for a 10-day enlargement of time to file its reply in support of its cross-motion for summary judgment. For good cause shown, the government's motion is **GRANTED**. Accordingly, the government shall file its reply in support of its cross-motion on or before **May 23, 2016**.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge