# In the United States Court of Federal Claims

Nos. 13-6 C, 13-6000 C through 13-6356 C
(consolidated)

PUBLIC HOUSING AUTHORITIES
DIRECTORS ASSOCIATION, et al.

                                                       **JUDGMENT**

v.

THE UNITED STATES

     Pursuant to the court's Opinion and Order, filed January 18, 2017, granting-in part, defendant's motion to dismiss,

     IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that Case Nos. 13-6121 C, 13-6115 C, 13-6153 C, 13-6245 C, 13-6247 C, 13-6214 C, 13-6263 C, 13-6284 C, 13-6058 C, 13-6168 C, 13-6150 C, 13-6222 C, 13-6244 C, 13-6 C, and 13-6000 C are dismissed without prejudice.

|  |  |
|---|---|
|  | Lisa L. Reyes |
|  | Acting Clerk of Court |
| **January 9, 2017** | By:   s/ Debra L. Samler |
|  | Deputy Clerk |

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.